NUMBER
13-02-004-CV

 

                             COURT
OF APPEALS

 

                   THIRTEENTH
DISTRICT OF TEXAS

 

                                CORPUS
CHRISTI

________________________________________________________________

 

                      IN THE INTEREST OF J.L.E., JR., A CHILD

________________________________________________________________

 

                         On
appeal from the 93rd  District Court

                                  of Hidalgo County, Texas.

________________________________________________________________

 

                          MEMORANDUM
OPINION

 

                    Before
Justices Hinojosa, Rodriguez, and Castillo

Opinion
Per Curiam

 

Appellants perfected an appeal from a judgment entered by the 93rd District Court of Hidalgo County, Texas, in
cause number CW-028-00-B. 
After the record was filed, appellants filed motions to dismiss the
appeal.  In the motions, appellants
request that this Court dismiss the appeal.








The Court, having considered the documents on file and appellants= motions to dismiss
the appeal, is of the opinion that the motions should be granted.  Appellants= motions to dismiss
are granted, and the appeal is hereby DISMISSED.

PER CURIAM

 

Opinion delivered and
filed this

the 9th
day of January, 2003.